PROB 12C
(6/16)

Report Date: July 14, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Douglas Frank | Case Number: 0980 2:17CR00132-TOR-1 |
| Address of Offender: | Washington 98952 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2018

| | | |
|---|---|---|
| Original Offense: | Domestic Assault by a Habitual Offender, 18 U.S.C. § 117 | |
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 5, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 4, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Frank is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about April 18, 2021.<br><br>Per COVID-19 procedures, Mr. Frank's conditions of supervised release were verbally reviewed with him on February 5, 2021. He verbally acknowledged an understanding of his conditions.<br><br>On April 19, 2021, Mr. Frank was admitted into inpatient treatment at James Oldham Treatment Center (JOTC). At intake, he submitted a urinalysis which was positive for methamphetamine.<br><br>Mr. Frank disclosed to his counselor that he consumed methamphetamine on April 18, 2021. |

Prob12C
**Re: Frank, Michael Douglas**
**July 14, 2021**
**Page 2**

2  **Special Condition #7**: You must not enter or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Frank is considered to be in violation of his supervised release conditions by consuming alcohol on or about April 18, 2021.

Per COVID-19 procedures, Mr. Frank's conditions of supervised release were verbally reviewed with him on February 5, 2021. He verbally acknowledged an understanding of his conditions.

On April 19, 2021, Mr. Frank was admitted into inpatient treatment JOTC. During his intake, he disclosed to his counselor that he consumed alcohol on August 18, 2021.

3  **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Frank is considered to be in violation of his supervised release conditions by failing to complete an inpatient substance abuse treatment program at JOTC on May 9, 2021.

Per COVID-19 procedures, Mr. Frank's conditions of supervised release were verbally reviewed with him on February 5, 2021. He verbally acknowledged an understanding of his conditions.

On April 19, 2021, Mr. Frank was admitted into inpatient substance abuse treatment program at JOTC.

On May 9, 2021, Mr. Frank was unsuccessfully discharged from JOTC. According to the discharge summary, Mr. Frank struggled to follow the rules at the facility which ultimately led to his discharge for bullying behaviors. The discharge summary indicated Mr. Frank struggled to take things serious in treatment despite multiple interventions and displayed a "street mentality."

4  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Frank is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) on June 3, 16, 28, and July 6, 2021.

Prob12C
**Re: Frank, Michael Douglas**
**July 14, 2021**
**Page 3**

Per COVID-19 procedures, Mr. Frank's conditions of supervised release were verbally reviewed with him on February 5, 2021. He verbally acknowledged an understanding of his conditions.

On February 5, 2021, Mr. Frank reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call Merit's color line system. When his designated color was called, he was to report to Merit and submit to a drug screen.

According to Merit, Mr. Frank has not submitted to color line UA testing during the month of June 2021. This officer was also informed that Mr. Frank did not show up for the most recent random UA on July 6, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

July 14, 2021
Date