PROB 12C
(6/16)

Report Date: May 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Douglas Frank    Case Number: 0980 2:17CR00132-TOR-1

Address of Offender:             White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2018

Original Offense:    Domestic Assault by a Habitual Offender, 18 U.S.C. § 117

Original Sentence:    Prison - 48 months        Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:  Prison - 7 months
01/06/2022            TSR - 29 months

Asst. U.S. Attorney:  Alison L. Gregoire        Date Supervision Commenced: May 6, 2022

Defense Attorney:     Kathryn Patricia Lucido   Date Supervision Expires: October 5, 2024

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

**Supporting Evidence**: Mr. Frank is considered to be in violation of his supervised release conditions by failing to report to the probation office in Yakima, Washington, within 72 hours of his release as of May 12, 2022.

On May 6, 2022, Mr. Frank was released from the Bureau of Prisons custody after serving his supervised release revocation sentence. On this same date, this officer spoke with Mr. Frank's mother as she was going to pick him up at the Yakima airport. This officer requested that Mr. Frank report to the probation office on May 9, 2022, for supervision intake.

Prob12C
Re: Frank, Michael Douglas
May 12, 2022
Page 2

On May 9, 2022, this officer spoke with Mr. Frank's mother and she stated Mr. Frank arrived home and was told he needed to report to the probation office. She asked if Mr. Frank had reported to the probation office. This officer advised Mr. Frank's mother that he had not reported.

As of the date of this report, Mr. Frank failed to report to the probation office within 72 hours of his release from custody and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 12, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

May 12, 2022

Date