PROB 12C  
(6/16)

Report Date: March 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Douglas Frank        Case Number: 0980 2:17CR00132-TOR-1

Address of Offender:                White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2018

Original Offense:    Domestic Assault by a Habitual Offender, 18 U.S.C. § 117

| | | |
|---|---|---|
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>01/06/2022 | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>06/29/2022 | Prison - 36 days<br>TSR - 27 months, 24 days | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: June 29, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: October 22, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On July 13, 2022, Mr. Frank reported to the probation office. He reviewed and signed his judgment acknowledging his supervision conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Frank is considered to be in violation of his supervised release conditions by failing to report to the probation office in Yakima, Washington, on or about March 3, 2023.<br><br>On February 13, 2023, this officer spoke with Mr. Frank via telephone. This officer let Mr. Frank know that he has not made himself available for contact prior to this telephone call. |

Prob12C
**Re: Frank, Michael Douglas**
**March 10, 2023**
Page 2

Mr. Frank stated to be visiting family in Nespelem, Washington. Mr. Frank was instructed to contact this officer via video telephone call when he returned to his residence. He was also instructed to report to the probation office in person on or before March 3, 2023.

On March 3, 2023, Mr. Frank did not report to the probation office or to this officer. This officer spoke with Mr. Frank's mother about his whereabouts. She asked this officer if Mr. Frank reported to the probation office and this officer let her know that Mr. Frank had not reported as required. This officer asked Mr. Frank's mother if she could let Mr. Frank know that he needed to report to this officer, and she stated she would inform Mr. Frank.

On March 7, 2023, this officer attempted to contact Mr. Frank at his reported residence with no success. This officer knocked on the residence doors and there was no answer. This officer left a business card requesting Mr. Frank to call this officer.

On March 9, 2023, this officer contacted Mr. Frank's mother and she stated that Mr. Frank had not stayed at their home for several days and she did not know of his whereabouts.

As of the date of this petition, Mr. Frank has not made an effort to communicate with this officer or the probation office. Mr. Frank's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 10, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

### THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
March 13, 2023
Date